# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2752

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| James C. Lewis, also know as | * | |
| John B. Long, also known as | * | [UNPUBLISHED] |
| Mark E. Lewis, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: January 23, 2002

Filed: January 29, 2002

_____

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

After James C. Lewis pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), the district court[1] sentenced him to 33 months imprisonment and 3 years supervised release. Counsel has filed a brief and has moved to withdraw under Anders v. California, 386 U.S. 738 (1967), arguing that

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

Mr. Lewis should receive credit for time he spent in a county jail before being indicted on the instant offense. Mr. Lewis, however, must first exhaust his administrative remedies by presenting his claim to the Bureau of Prisons. See United States v. Chappel, 208 F.3d 1069, 1069-70 (8th Cir. 2000) (per curiam); 28 C.F.R. §§ 542.10-542.19 (2001). Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), and having found no nonfrivolous issues, we grant counsel's motion to withdraw and affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.